IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| WARBURG PINCUS & CO., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:12-cv-01198 |
| | ) | |
| WARBURGPIMCUS.COM, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter comes before the Court on the Report and Recommendation of the Magistrate Judge dated April 12, 2013, in response to Plaintiff's Motion for Default Judgment against Defendant pursuant to Federal Rule of Civil Procedure 55(b)(2). Defendants have not filed an objection, and the time for filing such an objection has lapsed. Based on a _de novo_ review of the evidence in this case, this Court affirms the findings and recommendations of the Magistrate Judge. It is hereby

ORDERED that default judgment is entered against Defendant <WARBURGPIMCUS.COM>, and in favor of Plaintiff Warburg Pincus & Co; and it is

FURTHER ORDERED that VeriSign, Inc. is to immediately and permanently transfer to Warburg Pincus & Co. all proprietary and ownership rights to the name <WARBURGPIMCUS.COM>.

/s/
Claude M. Hilton
United States District Judge

Alexandria, Virginia
May _17_, 2013